856

No. 221, Misc.   SHARP v. ECKLE, PRISON FARM SUPER-INTENDENT.   Supreme Court of Ohio.   Certiorari denied.

No. 222, Misc.   WILLIS v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 224, Misc.   ROBINSON v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 226, Misc.   SCHREINER v. COLORADO.   Supreme Court of Colorado.   Certiorari denied.   Petitioner *pro se.* *J. F. Brauer,* Assistant Attorney General of Colorado, for respondent.

No. 228, Misc.   HERNANDEZ v. SUPERIOR COURT, LOS ANGELES COUNTY, ET AL.   Supreme Court of California. Certiorari denied.

No. 230, Misc.   CALITRI v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 233, Misc.   JOHNSON v. ECKLE, PRISON FARM SUPERINTENDENT.   Supreme Court of Ohio.   Certiorari denied.

No. 236, Misc.   McCOWN v. TEXAS ET AL.   Court of Criminal Appeals of Texas.   Certiorari denied.   Reported below: —— Tex. Cr. R. ——, —— S. W. 2d ——.